1  ANDRÉ  BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
4  PAUL SACHELARI, CSBN 230082
   Special Assistant United States Attorney
5
         Social Security Administration
6        160 Spear St., Suite 800
         San Francisco, CA  94105
7        Telephone:  (415) 977-8933
         Facsimile:  (415) 744-0134
8
         Email:  paul.sachelari@ssa.gov
9
10 Attorneys for Defendant

11
                 UNITED STATES DISTRICT COURT
12
                 CENTRAL DISTRICT OF CALIFORNIA
13
                       EASTERN DIVISION
14
   PRISCILLA ANITA GARCIA,              )  No. EDCV 12-569 AGR
15                                       )
                                         )
16      Plaintiff,                       )  **JUDGMENT OF REMAND**
                                         )
17          v.                           )
   MICHAEL J. ASTRUE,                    )
18 Commissioner of Social Security,      )
                                         )
19                                       )
                                         )
20      Defendant.                       )
                                         )
21 _____

22      The Court having approved the parties' Stipulation to Voluntary Remand

23 Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation

24 of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

25      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-

26 captioned action is remanded to the Commissioner of Social Security for further

27 proceedings consistent with the Stipulation of Remand.

28
   DATED:  December 21, 2012        _____
                                     HON. ALICIA G. ROSENBERG
                                     UNITED STATES MAGISTRATE JUDGE